**Order entered June 19, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00163-CV**
**No. 05-18-00164-CV**

**IN THE INTEREST OF M.A.A., A CHILD**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause Nos. 1-09-843 and 01-15-76**

## ORDER

Before the Court is appellee Susan Z. Wright's June 14, 2019 unopposed motion for extension of time to file brief. We **GRANT** the motion and **ORDER** Wright to file her responsive brief no later than July 22, 2019.

/s/     BILL WHITEHILL
        JUSTICE